IN THE CIRCUIT COURT OF THE TENTH JUDICIAL
CIRCUIT IN AND FOR POLK COUNTY, FLORIDA

DIXIE DAVIS,

    Plaintiff,

vs.                              CASE NO.:

CVS PHARMACY, INC.,

    Defendant.
_____/

## COMPLAINT

    Plaintiff, Dixie Davis, by and through the undersigned attorneys, hereby sues Defendant, CVS Pharmacy, Inc., and alleges:

    1.    This is an action for damages which exceed $30,000.00.

    2.    At all times material hereto, Defendant, CVS Pharmacy, Inc., was a Foreign Profit Corporation doing business in Lakeland, Polk County, Florida.

    3.    On or about March 12, 2021, Defendant, CVS Pharmacy, Inc., was the owner and responsible for the maintenance of the CVS Pharmacy, located at 5010 S Florida Ave Lakeland, FL 33813, in Lakeland, Polk County, Florida.

    4.    At that time and place, Plaintiff, Dixie Davis, an invitee, parked her car in one of the parking spots in the front of the store. She got out of the car and starting walking towards the building when she tripped on an unmarked parking curb that blended in with the surroundings outside, which caused her to fall.

5. The negligent condition was known to Defendant, CVS Pharmacy, Inc., or had existed for a sufficient length of time so that Defendant, CVS Pharmacy, Inc., should have known of it.

6. Defendant, CVS Pharmacy, Inc., was negligent in at least the following manner:

    a.) Failing to properly maintain the property;

    b.) Failing to warn Dixie Davis of the hazardous condition;

    c.) Failing to provide a safe environment for the Plaintiff.

7. As a result of the aforesaid negligence, Plaintiff, Dixie Davis, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff, Dixie Davis, will suffer the losses in the future. Some or all of the injuries sustained are permanent within a reasonable degree of medical probability. Alternatively, and/or in addition, Plaintiff has significant and permanent loss of an important bodily function, and/or significant and permanent scarring or disfigurement.

**WHEREFORE**, Plaintiff, Dixie Davis, demands judgment against Defendant, CVS Pharmacy, Inc., for damages, costs, interest and such other relief as this Court deems just and proper. Further, Plaintiff demands trial by jury on all issues.

Dated this 14<u>th</u> day of October, 2021.

### NOTICE OF PROVIDING<br>E-MAIL ADDRESS FOR SERVICE OF PLEADINGS

PLEASE TAKE NOTICE that the undersigned, as counsel for Plaintiff, Dixie Davis, in accordance with the amendments to Rule 2.516 of the Rules of Judicial Administration, effective

September 1, 2012, hereby files this Notice of Providing E-Mail Address for service of pleadings as follows:

**Primary e-mail address: eservice@burnetti.com**

**BURNETTI, P.A.**

By: /s/ Dylan Griffin
      Dylan Griffin, Esq.
      Florida Bar No. 124376
      211 South Florida Ave.
      Lakeland, Florida 33801
      Ph: (863) 688-8288
      Fax: (863) 688-1978
      eservice@burnetti.com
      ATTORNEY FOR Plaintiff